**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LENELLE GRAY,** | : | **CIVIL ACTION NO. 1:CV-10-1772** |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Defendant** | : | |

**O R D E R**

Before the court in the captioned action is a February 12, 2014 Report and Recommendation of Magistrate Judge Carlson.  No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge Carlson.  (Doc. No. 87).

2)   Plaintiff's Motion for Summary Judgment (Doc. No. 83) is **DENIED**.

3)  The case is referred to Magistrate Judge Carlson for further pretrial management and resolution of any pending motions.

                          *S/ Yvette Kane*
                          YVETTE KANE, District Judge
                          United States District Court
                          Middle District of Pennsylvania

Dated: March 7, 2014