IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LENELLE GRAY** | : | CIVIL ACTION NO. 1:10-cv-1772 |
| | : | |
| **Plaintiff** | : | **(JUDGE KANE)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the captioned action is a March 24, 2015 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

**ACCORDINGLY**, **THIS** 13th day of April 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation (Doc. No. 116) of Magistrate Judge Carlson.  A telephone conference call will be held on May 1, 2015, at 10:00 a.m..  Plaintiff's counsel shall initiate the call.  The telephone number of the Court is 717-221-3990.

                                                s/ Yvette Kane
                                                YVETTE KANE, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania